# EXHIBIT "A"

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____ **County**

| **For Prothonotary Use Only:** |
| --- |
| Docket No: |
| 11358 2018 |

*The information collected on this form is used solely for court administration purposes.  This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
| --- | --- |
| PITTSBURGH LOGISTICS SYSTEMS, INC. | MRE-MONEY RUNNING ENTERPRISE, LLC |

**Are money damages requested?** ☐ Yes  ☒ No

Dollar Amount Requested: ☐ within arbitration limits
(check one) ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes  ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes  ☒ No

Name of Plaintiff/Appellant's Attorney:  BENJAMIN J. STEINBERG, ESQUIRE

☐  **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

## SECTION B

**Nature of the Case:**  Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.**  If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  - _____
  - _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  - _____
  - _____
- ☒ Other:
  BREACH OF CONTRACT/
  NEGLIGENCE

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  - _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

# FORM OF COVER SHEET FOR COMPLAINT

Court of Common Pleas of Beaver County
Civil Division
## Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| 11358  2018 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC. | MRE - MONEY RUNNING ENTERPRISE, LLC d/b/a MRE TRUCKING |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 3120 UNIONVILLE ROAD, SUITE 100 CRANBERRY TWP., PA 16066 | 900 CROWNE SPRINGS CIRCLE, LOUISVILLE, KY 40241 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | PROGRESSIVE CASUALTY INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 6300 WILSON ROAD, MAYFIELD VILLAGE, OH 44143 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | COVERWALLET, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 100 AVENUE OF THE AMERICAS, FLOOR 16 NEW YORK, NY 10013 |

| TOTAL NO. OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☒ Complaint ☐ Writ of Summons   ☐ Notice of Appeal ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | CASE TYPE |
|---|---|
| ☐ $25,000 or Less ☒ Over $25,000 | ☐ Motor Vehicle   ☐ Mortgage Foreclosure   ☐ Partition ☐ Medical Malpractice   ☐ Ejectment   ☐ Declaratory Judgment ☐ Other Professional Liability   ☐ Statutory Appeals   ☐ Replevin ☐ Product Liability   ☐ Quiet Title   ☐ Asbestos ☒ Other  Negligence   ☐ Domestic Relations   ☐ Divorce   ☐ Custody |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: (or Pro Se Litigant)

Papers may be served at the address set forth below

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY (OR PRO SE LITIGANT) | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| BENJAMIN J. STEINBERG | MYERS LAW GROUP, LLC 17025 PERRY HWY., WARRENDALE, PA 15086 |

| PHONE NUMBER | FAX NUMBER | EMAIL ADDRESS |
|---|---|---|
| 724-778-8800 | 724-779-9650 | BENJAMIN@JPMYERSLAW.COM |

| SIGNATURE | SUPREME COURT IDENTIFICATION NO. | DATE |
|---|---|---|
| | 308777 | 10/16/2018 |

## IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

**PITTSBURGH LOGISTICS
SYSTEMS, INC.,**

        **Plaintiff,**

    vs.

**M R E – MONEY RUNNING
ENTERPRIZE, LLC (D/B/A MRE
TRUCKING); PROGRESSIVE
CASUALTY INSURANCE COMPANY;
and COVERWALLET, INC.,**

        **Defendants.**

**CIVIL DIVISION**

CASE NO.: 11358  2018

**COMPLAINT IN CIVIL ACTION**

**Filed on Behalf of: Plaintiff:**
PITTSBURGH LOGISTICS SYSTEMS,
INC.

**Counsel of Record for this
Party:**

Jeffrey P. Myers, Esquire
Pa. I.D. No. 90677

Benjamin J. Steinberg, Esquire
Pa. I.D. No. 308777

Myers Law Group, LLC
17025 Perry Highway
Warrendale, PA 15068
724-778-8800 (Telephone)
724-934-6822 (Facsimile)



NANCY WERME
PROTHONOTARY
BEAVER COUNTY, PA

2018 OCT 16 PM 1:28

FILED OR ISSUED

## IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

| | |
|---|---|
| **PITTSBURGH LOGISTICS SYSTEMS, INC,** | **CIVIL DIVISION** |
| **Plaintiff,** | **CASE NO.:** 11358  2018 |
| **vs.** | |
| **M R E – MONEY RUNNING ENTERPRIZE, LLC (D/B/A MRE TRUCKING); PROGRESSIVE CASUALTY INSURANCE COMPANY; and COVERWALLET, INC.,** | |
| **Defendants.** | |

### NOTICE TO DEFEND

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Lawyer Referral Service
Beaver County Bar Association
788 Turnpike Street
Beaver, PA 15009
Telephone: (724) 728-4888

By: _____
Benjamin J. Steinberg, Esquire
Attorney for Plaintiff
17025 Perry Highway
Warrendale, PA  15086
(724) 778-8800

## IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

**PITTSBURGH LOGISTICS SYSTEMS, INC,**

        **Plaintiff,**

  **vs.**

**M R E – MONEY RUNNING ENTERPRIZE, LLC (D/B/A MRE TRUCKING); PROGRESSIVE CASUALTY INSURANCE COMPANY; and COVERWALLET, INC.,**

        **Defendants.**

**CIVIL DIVISION**

**CASE NO.:** 11358  2018

NANCY WERME
PROTHONOTARY
BEAVER COUNTY PA
2018 OCT 16  PH 1:29
FILED OR ISSUED

### COMPLAINT IN CIVIL ACTION

AND NOW comes the Plaintiff, Pittsburgh Logistics Systems, Inc., by and through its undersigned counsel, Jeffrey P. Myers, Esquire, Benjamin J. Steinberg, Esquire, and the Myers Law Group, LLC, and files this Complaint against M R E – Money Running Enterprize, LLC d/b/a MRE Trucking, averring as follows:

1.     Plaintiff, Pittsburgh Logistics Systems, Inc. (hereinafter "PLS"), is a Pennsylvania corporation with its principal place of business in Cranberry Township, Butler County, Pennsylvania.

2.     PLS is a provider of third-party logistics services to customers in a wide array of industries. Among other services, PLS coordinates the transportation of freight between its customers and independent motor carriers to obtain efficiencies and cost-savings for its customers.

3.     Defendant, M R E – Money Running Enterprize, LLC d/b/a MRE Trucking (hereinafter "MRE"), is a business entity with a business address of 9000 Crowne Springs Circle, Louisville, KY 40241.

4.     Defendant, Progressive Casualty Insurance Company (hereinafter "Progressive"), is a corporate entity headquartered at 6300 Wilson Mills Road Mayfield Village, Ohio 44143.

5.     Defendant, CoverWallet, Inc. (hereinafter "CoverWallet"), is a corporate entity with a business address of 100 Ave. of the Americas, Floor 16, New York, NY, 10013.

6.     On or about June 15, 2018, MRE registered with PLS for the coordination of carrier services with third party shippers by completing a "Registration Form" and agreeing to PLS's "Carrier Terms of Use" (hereinafter collectively referred to as the "Agreement"), a copy of which is attached hereto as **Exhibit** A.

7.     Pursuant to the terms of the Agreement, Plaintiff would coordinate shipments for MRE to transport goods by motor carrier for third parties.

8.     The Carrier Terms of Use states, in pertinent part:

> CARRIER recognizes that PLSPRO.com is providing a forum to facilitate transportation transactions and shall defend, indemnify, and hold harmless, PLSPRO.com from and against any loss, liability, damages, claims, fines, costs or expenses, including reasonable attorney's fees, arising from or relating to CARRIER'S operations for shipments awarded through this Site or breach or violation of any of the terms herein, including but not limited to:
>
> > i.   all losses, damages, expenses (including reasonable attorneys' fees and costs), actions and claims for injury to or death of persons and damage to property arising out of or in connection with the loading, handling, transportation, unloading or delivery of any shipments pursuant to these terms;
> >
> > ii.  all losses, damages or expenses (including reasonable attorneys' fees and costs) incurred by PLSPRO.com from any failure by CARRIER to comply with these terms; and
> >
> > iii. all acts performed by CARRIER, its agents, independent contractors, employees or helpers arising out of or under these terms, including but not limited to criminal acts, gross negligence, and intentional or negligent conduct, in violation of any federal, state or local governmental law, rule or regulation.

**Exhibit A** at 9-10, Clause 17 (i)-(iii).

9.     In accordance with PLS's carrier registration requirements, MRE submitted a Certificate

2

of Liability Insurance (hereinafter "Certificate"), attached hereto as **Exhibit B**, to Registry Monitoring Insurance Services, Inc. (hereinafter "RMIS"), the entity who monitors collection of carrier insurance certificates on behalf of PLS. The Certificate lists MRE as the Insured, Progressive as the Insurer, CoverWallet as the Agent and RMIS was listed as the Certificate Holder.

10.     The Certificate submitted by MRE also listed coverage limits of $100,000 for motor truck cargo and indicated that MRE's policy was effective from February 16, 2018 through February 16, 2009. See **Exhibit B**; See also **Exhibit A** at 17-19.

11.     On or about July 13, 2018, PLS retained the services of MRE to ship stainless steel tubes (hereinafter "Webco Goods") from Houston, TX to Alloy Engineering Co., located in Wellington, OH, for PLS's customer, a third party shipper, Webco Industries, Inc. (hereinafter "Webco").

12.     Thereafter, on or about July 16, 2018, MRE informed PLS that the aforementioned goods were not delivered to Alloy due to an alleged motor vehicle accident involving MRE's truck, and that the Webco Goods had been towed to a tow yard; however, MRE was unable to provide to PLS the name of the wrecker service and provided inconsistent information as to where the accident allegedly occurred.

13.     As a result of the aforementioned alleged accident, the Webco Goods were never delivered to Webco and the whereabouts of the Webco Goods are unknown.

14.     Pursuant to the terms of the Agreement entered into by PLS and MRE, MRE contracted to hold harmless and indemnify PLS for any losses or damages that occurred during transportation of goods, which includes the Webco Goods.

15.     In an attempt to recover the $84,039.97 in damages caused by MRE to the Webco Goods, PLS submitted a claim to Progressive, including the Certificate, as well as information obtained from the Federal Motor Carrier Safety Administration and DAT Solutions, attached hereto as **Exhibit C**, which confirmed MRE's insurance coverage with Progressive during the time of the alleged accident and the

3

loss and/or damage to the Webco Goods.

16.     Despite PLS providing to Progressive the aforementioned information confirming MRE's insurance coverage with Progressive by PLS , *supra* at ¶ 15, Progressive denied said claim, refused to compensate PLS for the damages caused by its insured, MRE, and informed PLS that MRE did not hold valid coverage with Progressive to cover the loss of the Webco Goods. See Claim Denial Letter, attached hereto as **Exhibit D**.

17.     While PLS requested documentation supporting MRE's lack of and/or cancellation of insurance coverage from Progressive, Progressive refused to supply any such documentation. Progressive also refused to provide PLS with the alleged cancellation date.

18.     PLS also contacted CoverWallet to confirm insurance coverage for MRE. CoverWallet indicated that coverage had been canceled and that MRE was no longer their client, but did not provide any further information.

19.     As a result of the lost and/or damaged Webco Goods, Webco has demanded payment from PLS in the amount of $84,039.97.

20.     This Court has original jurisdiction over this action pursuant to 42 Pa.C.S.A. § 931.

21.     Venue is appropriate in the Court of Common Pleas of Beaver County pursuant to Pa. R. Civ. P. 1006 because, *inter alia*, the parties contractually agreed that "[i]n the event that litigation is initiated, the parties agree that exclusive venue for any such legal action shall lie only in the State Court located in Beaver County, Pennsylvania." Exhibit A at p. 8, Clause 25, the parties contractually agreed that "[i]n the event that litigation is initiated, the parties agree that exclusive venue for any such legal action shall lie only in the State Court located in Beaver County, Pennsylvania." Exhibit A, p. 11, Clause 29.

4

## COUNT I – BREACH OF CONTRACT
### *PLS v. MRE*

22.    Plaintiff incorporates by reference the averments of Paragraphs 1 through 21, above, as though the same were full set forth herein.

23.    The Agreement required MRE to hold harmless and indemnify PLS for all damages and losses occurring during transportation of goods.

24.    MRE breached the Agreement by failing to pay for the Webco Goods that were damaged and/or lost while performing transportations services under the contract, specifically transporting the Webco Goods from .

25.    This breach caused PLS to incur financial liability of at least $84,039.97 in damages reasonably foreseeable to MRE.

WHEREFORE, PLS demands Judgment against MRE in the amount of $84,039.97, together with reasonable attorney's fees, costs, interests, attorneys' fees and such other relief as this Court deems appropriate.

## COUNT II – FRAUD
### *PLS v. MRE*

26.    Plaintiff incorporates by reference the averments of Paragraphs 1 through 25, above, as though the same were full set forth herein.

27.    MRE made misrepresentations, as well as omissions of material fact, to PLS with regard to the status of its insurance coverage, with the intent to induce PLS to award MRE shipment of the Webco Goods load from Houston, TX to Wellington, OH (hereinafter the "Webco Job").

28.    PLS justifiably relied on the aforementioned misrepresentation made by PLS in awarding MRE the Webco Job.

29.    As a result of MRE's misrepresentations, as well as omissions of material fact, regarding

5

the status of MRE's insurance coverage, PLS suffered a detriment, specifically, incurring financial liability of at least $84,039.97 in damages that is unrecoverable through an insurance claim MRE fraudulently led PLS to believe was available.

WHEREFORE, PLS demands Judgment against MRE in the amount of $84,039.97, together with reasonable attorney's fees, costs, interests, attorneys' fees and such other relief as this Court deems appropriate.

## COUNT III – NEGLIGENT MISREPRESENTATION
### *PLS v. MRE*

30.     PLS hereby incorporates Paragraphs 1 through 29, above, as though the same were set forth herein.

31. MRE made misrepresentations of material fact to PLS with regard to the status of its insurance coverage in claiming that it was covered by insurance when, in fact, it was not, in an effort to induce PLS to award MRE the Webco Job.

32. MRE knew, or ought to have known, of said misrepresentation and/or made said misrepresentation without knowledge as to its truth or falsity and/or under circumstances in which MRE ought to have known of its falsity, as MRE and/or its insurer(s), Progressive and/or CoverWallet, cancelled MRE's insurance coverage prior to PLS awarding MRE the Webco Job.

33. MRE made said misrepresentation of material fact regarding its insurance coverage status with the intent to induce PLS to award MRE the Webco job.

34.     PLS justifiably relied on the aforementioned misrepresentation made by PLS in awarding MRE the Webco Job.

35.     As a result of MRE's misrepresentation as to the status of its insurance, PLS suffered a detriment, specifically, incurring financial liability of at least $84,039.97 in damages that is unrecoverable through any insurance claim.

6

WHEREFORE, PLS demands Judgment against MRE in the amount of $84,039.97, together with reasonable attorney's fees, costs, interests, attorneys' fees and such other relief as this Court deems appropriate.

## COUNT IV – NEGLIGENCE
### *PLS v. MRE*

36.     PLS hereby incorporates Paragraphs 1 through 35, above, as though the same were set forth herein.

37.     MRE owed PLS a duty to transport the shipment of goods, specifically the Webco Goods, as set forth above, in a safe manner.

38.     MRE breached that duty when it lost and/or damaged the Webco Goods during the process of delivering said goods and/or while said goods were in MRE's possession.

39.     As a direct result of MRE's negligence, PLS sustained financial liability of at least $84,039.97 in damages reasonably foreseeable to MRE.

WHEREFORE, PLS demands judgment against MRE in the amount of $84,039.97, together with costs, interest, attorneys' fees and such other relief as this Court deems appropriate.

## COUNT V – BAD FAITH CLAIM PURSUANT TO 42 Pa.C.S. § 8371
### *PLS v. PROGRESSIVE and COVERWALLET*

40.     PLS hereby incorporates Paragraphs 1 through 39, above, as though the same were set forth herein.

41.     Neither Progressive nor CoverWallet had a reasonable basis for denying benefits to PLS under MRE's insurance policy with regard to the damage and/or loss to the Webco Goods caused by MRE.

42.     Further, Progressive and CoverWallet knew of and/or recklessly disregarded their lack of a reasonable basis for denying PLS's claim.

43.     Defendant insurers, Progressive and CoverWallet, acted in bad faith toward PLS due to

7

each of the above-listed Defendant's lack of a reasonable basis for denying benefits to PLS and said Defendants' knowledge of and/or reckless disregard of a reasonable basis for said denial.

44.     As a direct result of the bad faith of both Progressive and CoverWallet, PLS was unable to recover, by way of the claim PLS submitted to Progressive, damages in the amount of $84,039.97, which were caused by the negligence and/or willful actions of their insured, Defendant MRE.

WHEREFORE, PLS demands judgment against Progressive and CoverWallet in the amount of $84,039.97, together with costs, interest, attorneys' fees and such other relief as this Court deems appropriate, including, but not limited to punitive damages pursuant to 42 Pa.C.S. § 8371.

## COUNT VI – NEGLIGENCE
### *PLS v. PROGRESSIVE and COVERWALLET*

45.     PLS hereby incorporates Paragraphs 1 through 44, above, as though the same were set forth herein.

46.     Progressive and/or CoverWallet has the duty to report the cancellation of insurance coverage of any motor carrier to the Federal Motor Carrier Safety Administration (hereinafter "FMCSA") pursuant to 49 CFR § 387.1, et seq.

47.     Progressive and/or CoverWallet breached its duty by failing to report the cancellation of MRE's insurance coverage to the FMCSA in a timely manner.

48.     The failure of Progressive and/or CoverWallet to report the cancellation of MRE's insurance coverage to the FMCSA in a timely manner prohibited PLS from obtaining this information prior to awarding MRE the Webco Job.

49.     As a direct result of the above-listed Defendants' negligence in failing to report the cancellation of MRE's insurance coverage to the FMCSA in a timely manner, PLS unknowingly relied on inaccurate information, specifically that MRE was covered under Defendants' insurance policy, in awarding MRE the Webco Job.

8

50.     The failure of Progressive and/or CoverWallet to report the cancellation of MRE's insurance coverage to the FMCSA in a timely manner was reckless and grossly negligent, in that it allowed MRE to continue to operate a commercial truck on public roadways without liability coverage, leaving PLS with no recourse other than initiating costly litigation against MRE to recover the cost of damages to the Webco Goods caused by the above-listed Defendants' insured, Defendant MRE.

51.     As a direct and proximate result of the above-listed Defendants' negligence, PLS was denied insurance benefits for damages in the amount of $84,039.97 caused by said Defendants' insured, MRE.

WHEREFORE, PLS demands judgment against Progressive and CoverWallet in the amount of $84,039.97, together with costs, interest and such other relief as this Court deems appropriate.


Respectfully submitted,

MYERS LAW GROUP, LLC


Jeffrey P. Myers, Esquire
Pa. I.D.# 90677
Benjamin J. Steinberg, Esquire
Pa. I.D. # 308777
17025 Perry Highway
Warrendale, PA 15086
(P) 724-778-8800
(F) 724-779-9650

9

6/15/2018

**New Registered Carrier Notice**

| | |
|---|---|
| Business Name | **Mre Trucking** |
| MC Number | MC066884 |
| US DOT Number | 3081362 |
| RMIS Carrier ID | 1335814 |
| W9 Name: | M R E-Moneyrunning Enterprize, LLC |
| Main Address | 9000 Crowne Springs Circle |
| | Louisville, KY 40241 |
| | USA |
| Pay To Name | G Squared Funding, LLC |
| Pay To Address | 690 Vlg Trace NE, Bldg 21 Ste 2120 |
| | Marietta, GA 30067 |
| | USA |
| Pay To Email | mre-enterprize@gmx.com |
| The Pay To is a Factoring Company | Yes |
| Contact | Donita Shields |
| Title | OWNER |

**PLAINTIFF'S EXHIBIT**
_A_

A-1

Phone                          816-824-7955

Fax                            513-672-0215

Email                          mre-enterprize@gmx.com

**Is Attached? Yes**           Attached ID        Attached Date

                                                  6/15/2018 11:48:58 AM

DBA Name:          MRE TRUCKING

Legal Name:        M R E-MONEYRUNNING ENTERPRIZE, LLC

Address            9000 CROWNE SPRINGS CIRCLE

                   LOUISVILLE, KY 40241

Phone:             8168247955

Mailing Address:   PO BOX 643

                   CINCINNATI, OH 45201

Mailing Phone      8168247955

DOT Census:

A-2

DBA Name:            M R E TRUCKING

Legal Name:          M R E-MONEYRUNNING ENTERPRIZE LLC

Email:               MRE-ENTERPRIZE@GMX.Com

Address:             9000 CROWNE SPRINGS CIRCLE UNIT 100

                     LOUISVILLE, KY 40241

Mailing Address:     2850 LAFEUILLE AVE #4

                     CINCINNATI, OH 45211

Phone:               8168247955

**Operating Status:**

| Operating Status | OOS Date |
|---|---|
| AUTHORIZED FOR Property | |

**Authority:**

| Common Authority | Contract Authority | Broker Authority |
|---|---|---|
| A | N | N |

**Authority Grant Date:**   3/1/2018

**Safety Rating:**

| Rating | Rating Date | Review Type | Review Date |
|---|---|---|---|
| None | | None | |

*A-3*

**DOT Census Total Truck(s):**    3

| | |
|---|---|
| Name (as shown on your income tax return) | M R E-MoneyRunning Enterprize LLC |
| Business Name | MRE TRUCKING |
| Company Type | Limited Liability Company |
| Is Limited Liab? | No |
| Limited Liability Tax Class | C Corporation |
| Exempt Payee Code | |
| FATCA code | |
| W9 Address | 9000 Crowne Springs Circle |
| W9 City | Louisville |
| W9 State | KY |
| W9 Zip | 40241 |
| Contact Name | Donita Shields |
| EW9 Create Date | 6/15/2018 11:47 03 AM |
| EIN | 82-3363604 |

A-4

| | |
|---|---|
| TIN Certified | Yes |
| TIN Validation Reason | TIN and Name combination matches IRS records. |
| TIN Checked By | RMIS Automation |
| TIN Check Date | 6/15/2018 11:15:54 AM |

[Print Agreement]

| | |
|---|---|
| Agreement Date | Friday, June 15, 2018 |
| Agreed? | Yes |
| Company Name | Mre Trucking |
| Contact Name | Donita Shields |
| Contact Title | OWNER |
| Contact Email | mre-enterprize@gmx.com |
| Agreement | |

| | | | |
|---|---|---|---|
| **Carrier ID:** | 1335814 | | |
| **Carrier Name:** | Mre Trucking | **Agreement Date:** | 6/15/2018 11:44:51 AM (Pacific Time) |
| **Address:** | 9000 Crowne Springs Circle | **MC Number:** | MC066884 |
| **City, State & Zip:** | Louisville, KY 40241 | **US DOT Number:** | 3081362 |

A-5

**Contact:**     Donita Shields     **Phone:**     816-824-7955

## CARRIER TERMS OF USE

PLSPRO.com[1] PROVIDES A WEB SITE LOCATED ON THE INTERNET AT http://www.PLSPRO.com (THE 'SITE' or 'PLSPRO.com') TO FACILITATE TRANSPORTATION SERVICES. THROUGH THE SITE, REGISTERED CARRIERS MAY MAKE OFFERS TO PROVIDE TRANSPORTATION SERVICES, PARTICIPATE IN THE CARRIER COMMUNITY, AND GAIN ACCESS TO RELEVANT INDUSTRY INFORMATION AND SERVICES. These Terms of Use describe the terms and conditions applicable to your use of this Site and shall apply to all transactions awarded through it. BY PROVIDING YOUR OPERATING AUTHORITY, INSURANCE CERTIFICATE, AND A COMPLETED W9 FORM TO PLSPRO.COM, YOU ACKNOWLEDGE THAT YOU HAVE READ AND ACCEPT THE TERMS AND CONDITIONS CONTAINED HEREIN AND AS A DULY AUTHORIZED REPRESENTATIVE OF YOUR COMPANY, YOU CAN FORM LEGALLY BINDING CONTRACTS ON BEHALF OF YOUR COMPANY UNDER APPLICABLE LAW. Upon receipt of these documents, PLSPRO.com will designate you as a Registered Carrier ('CARRIER').

1. CARRIER understands and agrees that by entering a rate and clicking 'Enter Rate' CARRIER is making an offer to provide transportation services for the shipment listed on that web page at the proposed rate[2] and that rate may be accepted by PLSPRO.com to form a binding agreement for transportation services. CARRIER represents that rates entered at this Site are all inclusive rates for each shipment, including accessorial charges. Any rules or tariff of CARRIER are inapplicable. On or before the time stated on the Site during which offers may be accepted, PLSPRO.com expects to select a CARRIER and accept an offer for transportation services. However, prior to award, eflatbed.com reserves the right to withdraw the shipment from the Site. In addition, if no acceptable rate offers are submitted, PLSPRO.com reserves the right to contact a CARRIER and attempt to negotiate a different rate. PLSPRO.com shall notify CARRIER of an acceptance of transportation services and confirm shipment and shipment details.

2. CARRIER shall sign a bill of lading or receipt for each shipment tendered to it in the form required by PLSPRO.com, which form shall, among other things, identify the Shipper for whom CARRIER is performing the Transportation Service. If any terms, conditions, or provisions of any bill of lading or other form of freight receipt or contract for each shipment, except as provided herein in paragraph 24, are inconsistent with any term or provision of this Contract, this Contract shall control. Upon delivery of each shipment, CARRIER shall obtain a receipt from the consignee in a form acceptable to PLSPRO.com, setting forth the goods delivered, correct count, condition of such goods and date and time of delivery. Furthermore, CARRIER agrees to confirm delivery of each shipment through the PLSPRO.com website.

3. CARRIER and PLSPRO.com agree that the Transportation Services provided are for specified services under specific rates and conditions pursuant to 49 U.S.C. Section 14101 (b). CARRIER and PLSPRO.com agree to be bound by the provisions herein and, as provided in 49 U.S.C. Section 14101 (b), hereby expressly waive all rights and remedies contained in the ICC Termination Act of 1995, 49 U.S.C. Sections 13101, et seq. (and all regulations promulgated thereunder, including but not limited to, 49 C.F.R. § 371.10) for transportation covered under these terms, provided, however, the provisions relating to registration, insurance and safety fitness and any other provisions expressly agreed to or incorporated by reference herein shall not be waived. CARRIER acknowledges, understands. and agrees that it is responsible for complying with all laws, statutes, rules, regulations and policies relating to, among other things, the packaging, load securement, bills of lading, loading, and movement of any material for all shipments hereunder, including, without limitation, rules, regulations and policies issued from time to time by PLSPRO.com or on behalf of Shipper.

A-6

4. CARRIER agrees that the Transportation Service shall be for the prompt transportation of products on behalf of shippers (each a 'Shipper' and collectively 'Shippers') as arranged by or through PLSPRO.com to and from points and places as are from time to time designated by PLSPRO.com and made a part of these Terms, subject to the provisions herein and the limitations of CARRIER'S operating authority. CARRIER covenants and agrees that the Transportation Service to be provided by CARRIER shall include, without limitation, the following:

   i. the procurement of necessary approvals, authorities or licenses from all applicable governmental agencies or regulatory authorities;
   ii. the provision of motor vehicles and allied equipment ('VEHICLES');
   iii. the maintenance of the VEHICLES in a safe and roadworthy condition and in accordance with the rules and regulations of the Federal Motor Carrier Safety Administration;
   iv. the provision of competent drivers (CARRIER shall have the right to engage such individual independent contractors or employ such individuals as it may deem necessary) CARRIER shall have sole and exclusive responsibility over the manner in which it or its employees or independent contractors perform the Transportation Service. CARRIER shall also be responsible for all liabilities with respect to the Transportation Service, including, but not limited to, all costs, expenses and liabilities (including reasonable attorneys' fees) incident to or arising out of accidents, repairs of equipment, labor, fuel and insurance. CARRIER, at its own cost and expense, shall employ or furnish competent, able and legally licensed personnel to operate the equipment used to provide service pursuant to this Contract. CARRIER shall not broker any shipment.)
   v. proper compliance with State and Federal safety regulations and with safety regulations of the applicable Shipper, to the extent provided to CARRIER;
   vi. the safe, proper, and legal load securement of all products tendered to CARRIER for shipment;
   vii. the dispatch of drivers and VEHICLES;
   viii. timely pick-up and delivery; and
   ix. the procurement of all supplies.

5. In the performance of Transportation Services under this Contract, CARRIER shall not use any other motor CARRIER, intermediary or broker to transport or arrange to transport any shipments tendered to CARRIER for transportation without prior written approval from PLSPRO.com. If CARRIER should directly or indirectly subcontract or broker any shipment Carrier shall assume full responsibility and liability for the acts and omissions of the carrier handling the shipment as though Carrier transported the shipment itself. Under no circumstances will CARRIER's obligations under this Agreement, including but not limited to its liability to third parties or its liability for loss, damage or delay to property, be affected or diminished by reason of its brokering shipments to another carrier.

6. CARRIER agrees that, in the transportation of all goods hereunder, it assumes the liability of a common CARRIER under Title 49 of the United States Code Section 14706 for full actual loss, such liability to exist from the time of the receipt of any of said goods by CARRIER (CARRIER picks up the shipment and signs the bills) until proper delivery has been made. Claims against CARRIER shall be acknowledged within thirty (30) days of receipt by CARRIER. Claims shall be processed by CARRIER in accordance with 49 CFR Part 370 (claim regulations), except that all claims shall be paid, settled or disallowed by CARRIER within sixty (60) days of filing. It is understood that exclusions in the carrier's insurance policy will not limit the carrier's financial liability to resolve claims.

A-7

7. Subject to the provisions of this section 6 and section 7 below. PLSPRO.com shall make payment for the freight charges to CARRIER within thirty-four (34) days from the last day of the week during which the shipment paperwork was received by PLSPRO.com, and shall make payment for accessorial charges within thirty-four (34) days from the date of receipt of CARRIER'S invoice for such accessorial charges. PLS REQUIRES AN INVOICE, BILL OF LADING OR PROOF OF DELVIERY FROM CARRIER [AS NOTED ON THE LOAD AT TIME OF DISPATCH]. PLS SHALL MAKE PAYMENT WITIHIN THIRTY-Four (34) DAYS FROM RECEIPT OF REQUESTED PAPERWORK. CARRIER agrees to notify PLSPRO.com within sixty (60) days from receipt of the statement of errors or omissions relating to the statement; after such time CARRIER waives the right to claim that any additional freight charges are due.

8. PLSPRO.com shall have the exclusive right to handle all billing of charges to Shippers relating to shipments tendered to and accepted by CARRIER. CARRIER shall communicate only with PLSPRO.com. CARRIER shall send its freight bills for shipments and invoices for accessorial charges only to PLSPRO.com. CARRIER agrees that PLS is the sole party responsible for payment of CARRIER'S invoices and that, under no circumstances, will CARRIER seek payment from any Shipper, consignee or other customer of PLS.

9. In the event that CARRIER fails to perform as agreed or if CARRIER becomes liable to PLSPRO.com for any amount due, PLSPRO.com shall have the right to deduct the amount of the damages that PLSPRO.com incurs due to such failure or on account of such liability from any monies that CARRIER is owed. The right of offset provided for in this Section 9 shall not be PLSPRO.com's exclusive remedy, but rather it shall be in addition to any other legal or equitable remedies that PLSPRO.com may be entitled to pursue against CARRIER.

10. CARRIER shall not cause or permit and hereby waives and releases any lien or encumbrance arising out of acts of or claims against PLSPRO.com to be entered or levied upon, or otherwise to exist upon, goods transported under this Contract, including but not limited to any liens for charges which may be due to CARRIER for any particular shipment or prior shipment. CARRIER agrees that it shall remove any such lien or encumbrance immediately upon becoming aware of the existence thereof. CARRIER further agrees that under no circumstances will it assert a lien or encumbrance on any goods transported, or fail or refuse to make delivery of any goods transported, as a result of any unpaid charges or dispute over unpaid charges. CARRIER agrees to execute any instruments or documents as reasonably requested by PLSPRO.com in connection with the foregoing agreement. CARRIER agrees to indemnify, defend and hold harmless PLSPRO.com for any and all damages suffered by PLSPRO.com as a result of CARRIER s failure to comply with the provisions of this Section 9.

11. All shipment information on the Site is proprietary and confidential to PLSPRO.com. CARRIER agrees not to use this Site to identify shippers of flatbed freight and back solicit or circumvent the services of PLSPRO.com.

12. CARRIER must maintain on file with PLSPRO.com all applicable proof of operating authority, a certificate of insurance naming PLSPRO.com as certificate holder, and a completed IRS W-9 form (W-8 form if in Canada). At a minimum, insurance coverage shall include
    i. one million ($1,000,000.00) dollars auto liability including bodily injury and property damage
    ii. one million ($1,000,000.00) dollars comprehensive general liability, per occurrence and two million ($2,000,000.00) dollars annual aggregate

A-8

iii. one hundred thousand ($100,000.00) dollars motor carrier cargo liability or other great amounts as may be required by law. It is understood that exclusions in the carrier's insurance policy will not limit the carrier's financial liability to resolve claims.

iv. Workers compensation, if applicable, in an amount not less than the statutory limits for the state(s) or province(s) in which CARRIER provides transportation services under these terms of use.

13. CARRIER shall indemnify, defend and save harmless Shipper from and against any and all losses, damages, claims, demands, costs, expenses, suits and liabilities (including reasonable attorney's fees) that arise from injuries or death to persons or damage to property caused by motor carrier's acts or omission to act, or the acts or omissions to act of those persons furnished by CARRIER, or in any way arising out of the performance of transportation services by CARRIER (excluding any of the like that arise or are associated with transportation services which are provided within Mexico).

14. CARRIER shall immediately notify PLSPRO.com if there is a change in CARRIER's DOT safety fitness rating or change in operating authority. Upon receipt of an unsatisfactory DOT safety fitness rating, PLSPRO.com shall have the right to suspend the use of CARRIER'S user name and password.

15. CARRIER shall pick up and deliver each shipment awarded to it strictly according to the requirements set forth in the award notification, and CARRIER recognizes and agrees that time is of the essence for all shipments, including certain shipments designated as 'critical' or 'hot' loads with extremely time sensitive delivery windows. CARRIER agrees to comply with all statutes, rules and regulations of all jurisdictional agencies for shipments awarded at this Site and shall not use this Site to facilitate price fixing or other conduct in violation of antitrust laws or other applicable laws or regulations. PLSPRO.com reserves the right to suspend a CARRIER'S user name and password for service failures, inappropriate use of the Site, or other reasons identified by PLSPRO.com.

16. CARRIER shall be responsible to assure that all shipments are properly protected, loaded, unloaded, and secured. If applicable CARRIER shall comply at all times with all applicable laws and regulations pertaining to transportation of food and food related products, including (but not limited to) the Sanitary Transportation of Human and Animal Food regulations (21 C.F.R. 1.1900 et seq.) promulgated under the Food Safety Modernization Act, 49 U.S.C. 5701. CARRIER shall also remain liable for the full actual loss, damage, or injury to the shipper's property as if it were a motor carrier providing common carriage services. CARRIER shall promptly communicate to PLSPRO.com any problems that occur during transit within 24 hours after such incident.

17. CARRIER recognizes that PLSPRO.com is providing a forum to facilitate transportation transactions and shall defend, indemnify, and hold harmless, PLSPRO.com from and against any loss, liability, damages, claims, fines, costs or expenses, including reasonable attorney's fees, arising from or relating to CARRIER's operations for shipments awarded through this Site or breach or violation of any of the terms herein, including but not limited to:

i. all losses, damages, expenses (including reasonable attorneys' fees and costs), actions and claims for injury to or death of persons and damage to property arising out of or in connection with the loading, handling, transportation, unloading or delivery of any shipments pursuant to these terms;

A-9

ii. all losses, damages or expenses (including reasonable attorneys' fees and costs) incurred by PLSPRO.com from any failure by CARRIER to comply with these terms; and

iii. all acts performed by CARRIER, its agents, independent contractors, employees or helpers arising out of or under these terms, including but not limited to criminal acts, gross negligence, and intentional or negligent conduct, in violation of any federal, state or local governmental law, rule or regulation.

18. All transactions awarded through this Site shall be deemed to be handled by CARRIER providing contract carriage services. To the extent permitted by law, CARRIER and PLSPRO.com agree to be bound solely by the provisions contained herein and waives all right and remedies under the ICC Termination Act of 1995 or applicable regulations.

19. CARRIER and PLSPRO.com are independent contractors, and no agency, partnership, joint venture, employer-employee or other similar relationship is intended or created by CARRIER'S acceptance of these terms of use or use of the Site. CARRIER shall have the sole responsibility for the compensation of its employees independent contractors or agents including the cost of statutory benefits and taxes.

20. CARRIER agrees that neither CARRIER nor any of it's employees, agents, independent contractors or other persons performing services for or on behalf of CARRIER in connection with CARRIER's obligations under these terms of use will, directly, or indirectly, hire, solicit for employment, induce or attempt to induce any employee of PLS or any of its Affiliates to leave their employment with PLS or any Affiliate for a period of one year after written termination of these terms of use.

21. PLSPRO.com PROVIDES THIS SITE ON AN 'AS IS' AND 'AS AVAILABLE' BASIS AND WITHOUT WARRANTY OR CONDITION, EXPRESS OR IMPLIED, CARRIER AGREES THAT USE OF THIS SITE IS AT CARRIER'S SOLE RISK. PLSPRO COM EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, INCLUDING, BUT NOT LIMITED TO, (I) THE IMPLIED WARRANTIES OF MERCHANTABILITY, (II) FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT, AND (III) THAT SERVICE WILL BE CONTINUOUS, UNINTERRUPTED, AND/OR ERROR-FREE.

22. IN NO EVENT SHALL PLSPRO.com BE LIABLE TO CARRIER FOR ANY INDIRECT, SPECIAL INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF DATA, LOSS OF BUSINESS, OR OTHER LOSS ARISING OUT OF OR RESULTING FROM USE OF THIS SITE EVEN IF PLSPRO.com HAS BEEN ADVISED OF THE POSSIBILLITY OF SUCH DAMAGES. THE FOREGOING SHALL APPLY REGARDLESS OF THE NEGLIEGENCE OR OTHER FAULT OF PLSPRO.com AND REGARDLESS OF WHETHER SUCH LIABLITY SOUNDS IN CONTRACT, NEGLIGENCE, TORT OR ANY OTHER THEORY OF LIABIITY.

23. All content on the Site, including text, graphics, logos, button icons, images, and the selection and arrangement of such content is the exclusive property of PLSPRO.com or its licensors and is protected by U.S and international copyright laws. All rights not expressly granted are reserved.

*A-10*

24. The trademarks, service marks, designs and logos (collectively, the 'Trademarks') displayed on this Site are the registered and unregistered Trademarks of PLSPRO.com and its licensors. Your use of the Trademarks displayed on this Site, except as provided in these Terms, is strictly prohibited.

25. You may use or download material displayed on this Site for noncommercial, personal use only. If you download material, you must retain all copyright and other proprietary notices displayed on the materials. You may not distribute, modify, transmit, post, or otherwise use the content of this Site for public or commercial purposes without PLSPRO.com's written permission. PLSPRO.com reserves the right to refuse service, terminate accounts, and cancel orders if PLSPRO.com believes that your conduct violates these Terms.

26. Services offered on this web site are subscription-based, which are part of PLS Network Advantage Plus. If your company has at least one password to this website, you are a PLS Network Advantage Plus subscriber and have agreed to pay all charges, including applicable taxes, in accordance with the Terms in effect at the time the fee or charge becomes payable. PLSPRO.com reserves the right to change the amount of, or basis for, determining any fees or charges for use of this Site, and to implement new fees, charges, or terms effective upon prior notice to CARRIERS. PLSPRO.com reserves the right to terminate any CARRIER at any time for any reason. Subscription fees will be automatically renewed each month and will be deducted from the first settlement check due each month. The subscription will be cancelled upon receipt of notification from the CARRIER.

27. CARRIER's right to use the Network is subject to any limits established by PLSPRO.com. PLSPRO.com reserves the right to either terminate CARRIER's access and account, thereby terminating this Agreement and all obligations of PLSPRO.com hereunder.

28. Unless otherwise specifically agreed in writing, every shipment tendered to CARRIER by PLS shall be deemed to be handled by CARRIER pursuant to these terms and conditions, unless otherwise specifically agreed to in writing and signed by duly authorized representatives of the parties.

29. The parties agree that this Agreement shall be governed by the laws of the Commonwealth of Pennsylvania without giving effect to its conflicts of laws provisions. In the event that litigation is initiated, the parties agree that exclusive venue for any such legal action shall lie only in the State Court located in Beaver County, Pennsylvania.

30. CARRIER shall not assign any rights, duties, or obligations under this Agreement without the prior written consent of PLSPRO.com.

31. PLSPRO.com may amend these Terms of Use at any time by posting the amended terms and conditions of the Site and the effective date of any such amendment will be the date on which the amended terms and conditions are posted.

A-11

32. To the extent that these Terms of Use are inconsistent with the terms of any other agreement currently in effect between CARRIER and PLSPRO.com or any of its affiliates, including Pittsburgh Logistics Systems, Inc., the terms of such other agreement, and not these Terms of Use, shall govern the relationship between CARRIER and PLSPRO.com or such affiliate, unless the parties specifically agree otherwise. If any provision of these Terms of Use is held to be invalid or unenforceable, such determination shall not affect such provision in any other respect or any other provision of the Terms of Use, which shall remain in full force and effect. Either party's failure strictly to enforce any provision of these Terms of Use shall not be construed as a waiver or modification thereof excusing the other party from performance.

33. It is agreed that there are no oral representations, agreements, or understandings affecting this instrument and that any future representation, agreements, understandings or waivers must be reduced to writing in order to be binding upon the parties. Either party's failure strictly to enforce any provisions of this Contract shall not be construed as a waiver or modification thereof excusing the other party from performance.

[1]PLSPRO.com, as used herein, shall also include Pittsburgh Logistics Systems, Inc and Quadrivius, Inc, its parent company.

[2]It is understood that the proposed rate may be a product of an estimated weight, which is subject to adjustment based upon actual independently verified weight or the weight as recorded on the bill of lading. The proposed rate, to the extent it is a product of estimated mileage, is subject to adjustment based upon actual verified mileage

[X] "I, Donita Shields, am the OWNER for Mre Trucking. I am authorized to execute the contract set out above dated 6/15/2018 11:44:51 AM Pacific Time between PLS Logistics Services and Mre Trucking and legally bind the company to the terms and conditions set forth therein. This electronic signature serves as an original and any electronic version and other signatures are incorporated as if originals into the original document. This electronic signature shall have the same force and effect as an original source.

BY CLICKING THE ACCEPTANCE BUTTON, I ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND THE AGREEMENT AND AGREE TO THE ENTIRETY OF THE TERMS & CONDITIONS CONTAINED THEREIN. THE AGREEMENT SHALL BE BINDING ON MRE TRUCKING. I UNDERSTAND AND ACKNOWLEDGE THAT MRE TRUCKING IS THE "CARRIER " AS THAT TERM IS USED IN THE AGREEMENT."

History ID                              2635030


**Agreement History**


Friday, June 15, 2018 11:11:31

| Type | Date | Agreed? | Contact |
|------|------|---------|---------|

A-12

| | Friday, June 15, 2018 11:11:38 | True | Donita Shields |
| | Friday, June 15, 2018 11:45:17 | True | Donita Shields |

No operating areas were found.

**Producer Type**      Auto

Producer Name          PROGRESSIVE

Phone                  646-844-9933

Fax                    999-999-9999

Email                  freightloads1@gmail.com

Policy Number          000000000

**Producer Type**      Cargo

Producer Name          PROGRESSIVE

Phone                  646-844-9933

Fax                    999-999-9999

Email                  freightloads1@gmail.com

A-13

| | |
|---|---|
| Policy Number | 000000000 |
| **Producer Type** | **General Liability** |
| Producer Name | PROGRESSIVE |
| Phone | 646-844-9933 |
| Fax | 999-999-9999 |
| Email | freightloads1@gmail.com |
| Policy Number | 000000000 |

### Modes

LTL, Expedite

### Commodities

Any

### Tractor / Trailer Information

| | |
|---|---|
| Tractors | 2 |
| SCAC Code | |
| Dry Van | 2 |
| Flatbed | 0 |

A-14

Refrigerated                    0

Chassis                         0

Tanker                          0

Bulk                            0

Other                           0

## Certifications

SmartWay                        No

C-TPAT                          No

FAST                            No

TWIC                            No

CARB                            No

HazMat Certification?           No

HazMat Cert Expiration Date
(carrier reported)

HazMat Verified by RMIS?        No

Safety Permit (HM 232)          No

Safety Permit Text Agreed?

## Other Information

A -15

Intrastate State

Intrastate Authority ID

Diversity Information

M/WBE                                    N/A

SBE/DSBE                                 N/A

Certifying Entity                        N/A

Pay To Information

The Pay To is a Factoring Company        Yes

---

ACCOUNTSPAYABLE

Donita Shields                           Phone:816-824-7955
OWNER                                    Fax: 513-672-0215
mre-enterprize@gmx.com                   Cell: 816-824-7955

AFTERHOURS

Donita Shields                           Phone:816-824-7955
OWNER                                    Fax: 513-672-0215
mre-enterprize@gmx.com                   Cell: 816-824-7955

CLAIMS

Donita Shields                           Phone:816-824-7955
OWNER                                    Fax: 513-672-0215
mre-enterprize@gmx.com                   Cell: 816-824-7955

A-16

CORPORATE

Donita Shields
OWNER
mre-enterprize@gmx.com

Phone:816-824-7955
Fax: 513-672-0215
Cell: 816-824-7955

DISPATCH

Donita Shields
OWNER
mre-enterprize@gmx.com

Phone:816-824-7955
Fax: 513-672-0215
Cell: 816-824-7955

DISPATCH2

Donita Shields
OWNER
mre-enterprize@gmx.com

Phone:816-824-7955
Fax: 513-672-0215
Cell: 816-824-7955

DISPATCH3

Donita Shields
OWNER
mre-enterprize@gmx.com

Phone:816-824-7955
Fax: 513-672-0215
Cell: 816-824-7955

SALES

Donita Shields
OWNER
mre-enterprize@gmx.com

Phone:816-824-7955
Fax: 513-672-0215
Cell: 816-824-7955

No notes are on file.

**Certificate:**

A-17

| Cert ID: | 1744511 |
| Last Changed: | 3/8/2018 7:04:03 AM |

**Producer:**

| Company Name: | CWallet Ins In Calif |
| Address: | 100 Ave Americas FL16 |
| City/St/Zip: | New York, NY 10016 |
| Phone: | 646-844-9933 |
| Fax: | |
| Email: | info@coverwallet.com |

| **AUTO** | VALID | **Limit Description** | **Amount** | |
|---|---|---|---|---|
| Status: | Active | Bodily Injury/Property Damage CSL | | $1,000,000 |
| Effective: | 2/16/2018 | **Category Description** | | |
| Expires: | 2/16/2019 | Scheduled Autos Only | | |
| Policy: | 06546730-0 | | | |
| Underwriter: | Progressive Preferred Insurance Co | | | |
| Underwriter's AM Best Rating: | A+ | | | |

A-18

| CARGO | VALID | Limit Description | Amount |
|---|---|---|---|
| Status: | Active | Cargo Limit | $100,000 |
| Effective: | 2/16/2018 | Ded | $1,000 |
| Expires: | 2/16/2019 | **Category Description** | |
| Policy: | 06546730-0 | See Description Section | |
| Underwriter: | Progressive Preferred Insurance Co | See Second Page | |
| Underwriter's AM Best Rating: | A+ | | |

| EMPLOYERS NON OWNED AUTO BIPD | VALID | Limit Description | Amount |
|---|---|---|---|
| Status: | Active | Combined Single Limit | $1,000,000 |
| Effective: | 2/16/2018 | | |
| Expires: | 2/16/2019 | | |
| Policy: | 06546730-0 | | |
| Underwriter: | Progressive Preferred Insurance Co | | |
| Underwriter's AM Best Rating | A+ | | |

A-19

No corrective action plan on file.

| | |
|---|---|
| Alcohol | Yes |
| CopperPreciousMetals | Yes |
| DestinationStates | LA,GA |
| Electronics | Yes |
| EmployeeTheftFraud | Yes |
| Garments | Yes |
| OriginStates | MI,MO,OH |
| PLSRepresentative | fsutton@plslogistics.com |
| ReeferMechanicalBreakdown | Yes |
| Seafood | Yes |
| SpoilagePerishableGoods | Yes |

5388 Sterling Center Drive, Westlake Village, CA 91361

Copyright © 2018 Registry Monitoring Insurance Services, Inc.

800-400-4924

If you no longer wish to receive these emails, click here for further instructions.

A-20

CAVALIER INSURANCE P
100 AVE AMERICAS FL16
NEW YORK, NY 10018
1-646-844-4415


PROGRESSIVE
COMMERCIAL

**Policy number: 06546730-0**
Underwritten by
PROGRESSIVE PREFERRED INSURANCE CO
March 2, 2018
Page 1 of 2

# Certificate of Insurance

**Certificate Holder**

REGISTRY MONITORING INSURANCE
5388 STERLING CENTER DR
WESTLAKE VILLAGE CA 91361

**Insured**                                      **Agent**

M R E-MONEYRUNNING                               CAVALIER INSURANCE
ENTERPRIZE, LLC                                  100 AVE AMERICAS FL16
VRE TRUCKING                                     NEW YORK, NY 10018
2850 SAFEJ LILLE AVENUE
CINCINNATI, OH 45211

This document certifies that insurance policies identified below have been issued by the designated insurer to the insured
named above for the period(s) indicated. This Certificate is issued for information purposes only. It confers no rights upon
the certificate holder and does not change, alter, modify, or extend the coverages afforded by the policies listed below.
The coverages afforded by the policies listed below are subject to all the terms, exclusions, limitations, endorsements, and
conditions of these policies.

Policy Effective Date   Feb 15, 2018              Policy Expiration Date   Feb 15, 2019

**Insurance coverage(s)**                        **Limits**
BODILY INJURY/PROPERTY DAMAGE                     $1,000,000 COMBINED SINGLE LIMIT
MOTOR TRUCKING CARGO                              $100,000 W/$1,000 DED
EMPLOYERS NON-OWNED AUTO B.PD                     $1,000,000 COMBINED SINGLE LIMIT

## Description of Location/Vehicles/Special Items

### Scheduled autos only

2018 FREIGHTLINER CASCADIA 3AKHLDR5JSJW31779

                                                 Stated Amount    $130,000
COMPREHENSIVE               $1,000 DED
COLLISION                   $2,500 DED
2017 INT. 4300 1HTMMMMNXHH593811

                                                 Stated Amount    $79,055
COMPREHENSIVE               $1,000 DED
COLLISION                   $2,500 DED
1995 FORD F150 1FTLXT4N3SKA36140

PLAINTIFF'S
EXHIBIT
_B_

B-1

**Addresses**

| | |
|---|---|
| Business Address: | **9000 CROWNE SPRINGS CIRCLE** |
| | **LOUISVILLE, KY 40241** |
| Business Phone: | **(816) 824-7955**   Business Fax:   **Fax: (513) 672-0215** |
| Mail Address: | **PO BOX 643** |
| | **CINCINNATI, OH 45201** |
| Mail Phone: | **(816) 824-7955**   Mail Fax: **Fax: (513) 672-0215**  Undeliverable Mail:  **NO** |

**Authorities:**

| | | | |
|---|---|---|---|
| Common Authority: | **ACTIVE** | Application Pending: | **NO** |
| Contract Authority: | **NONE** | Application Pending: | **NO** |
| Broker Authority: | **NONE** | Application Pending: | **NO** |
| Property: | **YES** | Passenger: | **NO**   Household Goods:   **NO** |

**Insurance Requirements:**

| | | | |
|---|---|---|---|
| BIPD Exempt: | **NO**   BIPD Waiver: **NO** | BIPD Required: **$750,000** | BIPD on File: **$1,000,000** |
| Cargo Exempt: | **NO** | Cargo Required: **NO** | Cargo on File: **NO** |
| BOC-3: | **YES** | Bond Required: **NO** | Bond on File: **NO** |
| | **INTERSTATE AUTHORITY LLC** | | |

**PLAINTIFF'S EXHIBIT**

_C_

Data Source: Licensing and Insurance
li_carrier

*C- 1*

**Insurance History:**

| | | | | |
|---|---|---|---|---|
| Form: **91X** | Type: **BIPD/Primary** | | | |
| Policy/Surety Number: **CA 6546730** | Coverage From | **$0** | To: | **$750,000** |
| Effective Date From: **02/23/2018** | To: **02/26/2018** | Disposition: **Replaced** | | |

Insurance Carrier:  PROGRESSIVE PREFERRED INSURANCE CO.
Attn:  CUSTOMER SERVICE
Address:  P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone:  (800) 444 - 4487       Fax:  (440) 603 - 4555

| | | | | |
|---|---|---|---|---|
| Form: **91X** | Type: **BIPD/Primary** | | | |
| Policy/Surety Number: **CA 6546730** | Coverage From | **$0** | To: | **$1,000,000** |
| Effective Date From: **02/26/2018** | To: **07/09/2018** | Disposition: **Cancelled** | | |

Insurance Carrier:  PROGRESSIVE PREFERRED INSURANCE CO.
Attn:  CUSTOMER SERVICE
Address:  P.O. BOX 94739
CLEVELAND, OH  44101 US
Telephone:  (800) 444 - 4487       Fax:  (440) 603 - 4555

C-2

# *DAT CarrierWatch*

07/18/18 08:51:32 AM (PDT)

Messages

YOUR VENDOR IDS & NOTES

## GENERAL INFORMATION

SOURCE: FMCSA

| DOCKET | LEGAL NAME | | DOT NUMBER | INTRASTATE/CODE |
|---|---|---|---|---|
| MC66884 | M R E-MONEYRUNNING ENTERPRIZE LLC | | 3081362 | |
| ENTITY TYPE | DBA NAME | | OPERATION TYPE | |
| CARRIER | M R E TRUCKING | | Interstate | |
| OPERATING STATUS | BUSINESS ADDRESS | | POWER UNITS | DRIVERS |
| AUTHORIZED FOR Property | 9000 CROWNE SPRINGS CIRCLE UNIT 100 LOUISVILLE, KY 40241 | | 2 | 2 |
| DUNS | BUSINESS PHONE | | BUSINESS FAX | MCS-150 FORM DATE |
| | 816-824-7955 | | 513-672-0215 | 02/22/18 |
| SCAC | MAILING ADDRESS | | | MCS-150 FORM MILEAGE |
| | PO BOX643 CINCINNATI, OH 45201 | | | 1 / 2017 |
| MAILING PHONE | MAILING FAX | | | OUT OF INTERSTATE SERVICE |
| 816-824-7955 | 513-672-0215 | | | No |
| COMMODITIES | | | | |
| General Freight | | | | |
| SPECIAL COMMODITIES | | | | |

| DOT AUTHORITY STATUS AS OF | | SOURCE: FMCSA | INSURANCE REQUIREMENTS | | | SOURCE: FMCSA |
|---|---|---|---|---|---|---|
| AUTHORITY TYPE | STATUS | APPLICATION PENDING | | INS TYPE | REQUIRED | ON FILE |
| Common | Active | No | | BIPD | $750,000 | $1,000,000 |
| Contract | None | No | | Cargo | No | No |
| Broker | None | No | | Bond | No | No |
| | FREIGHT | PASSENGER | HHG | | | |
| | Yes | No | No | | | |

## DOT ACTIVE/PENDING INSURANCE AS OF 07/17/18

SOURCE: FMCSA

| 91X / BIPD | POLICY/SURETY | INSURANCE CARRIER | |
|---|---|---|---|
| | CA 6546730 | PROGRESSIVE PREFERRED INSURANCE CO. | |
| | COVERAGE FROM | CONTACT | |
| | $0 | CUSTOMER SERVICE | |
| | COVERAGE TO | PHONE | FAX |
| | $1,000,000 | 800-444-4487 | 440-603-4555 |
| | EFFECTIVE DATE | ADDRESS | |
| | 07/09/18 | P.O. BOX 94739 CLEVELAND, OH 44101 | |
| | CANCELLATION DATE | | |
| | 07/20/18 | | |

NOTE: If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance, $75,000 for bond/trust fund insurance for brokers and freightforwarders). The carrier may actually have higher levels of coverage.

*C-3*

# DAT CarrierWatch

07/18/18 08:51:32 AM (PDT)

## SAFETY DATA (AS OF 07/17/18)                                        SOURCE: FMCSA

| SAFETY RATING | EFFECTIVE | TOTAL INSPECTIONS (US) (PAST 24 MOS) | | TOTAL INSPECTIONS (IEP) | TOTAL INSPECTIONS (CANADA) |
|---|---|---|---|---|---|
| None | | 2 | | 0 | 0 |
| REVIEW TYPE | REVIEW DATE | INSP TYPE | # OF INSP. | OUT OF SERV(%) | NAT'L AVG (09-10) |
| None | | Vehicle | 2 | 0(0.0%) | 20.72% |
| PREVIOUS RATING | EFFECTIVE | Driver | 2 | 1(50.0%) | 5.51% |
| None | | Hazmat | 0 | 0(0.0%) | 4.50% |
| | | IEP | 0 | 0(0.0%) | N/A |
| | | Vehicle - Canada | 0 | 0(0.0%) | |
| | | Driver - Canada | 0 | 0(0.0%) | |
| CRASHES (24 MOS) | TOTAL | FATAL | INJURY | TOW | |
| US | 1 | 0 | 0 | 1 | |
| CANADA | 0 | 0 | 0 | 0 | |

## INSURANCE                                                          SOURCE: DAT

| QUICK RATING | INSURANCE IN THE NAME OF |
|---|---|
| | M R E-MONEYRUNNING ENTERPRIZE LLC / M R E TRUCKING |
| CARGO STATUS | ADDRESS |
| Cancellation Pending | 2850 LAFEUILLE AVE #4 CINCINNATI, OH 45211 |
| | PHONE        FAX        EMAIL |
| CARGO LIMIT(S) | |
| Limit $100,000 | |

| **CARGO** | STATUS | POLICY/SURETY | |
|---|---|---|---|
| | Cancellation Pending | 065467300 | |
| | EFFECTIVE | AGENT | AGENT PHONE |
| | 02/16/18 | COVERWALLET, INC. - AUTO | 646-844-9933 |
| | EXPIRES | CANCELLED | LAST UPDATED |
| | 02/16/19 | 07/20/18 | 07/17/18 |
| | UNDERWRITER | | |
| | PROGRESSIVE CASUALTY INSURANCE COMPANY | | |
| | LIMIT(S) | | COVERAGE DETAILS |
| | Limit $100,000 | | |

| **AUTO** | STATUS | POLICY/SURETY | |
|---|---|---|---|
| | Cancellation Pending | 065467300 | |
| | EFFECTIVE | AGENT | AGENT PHONE |
| | 02/16/18 | COVERWALLET, INC. - AUTO | 646-844-9933 |
| | EXPIRES | CANCELLED | LAST UPDATED |
| | 02/16/19 | 07/20/18 | 07/17/18 |
| | UNDERWRITER | | |
| | PROGRESSIVE CASUALTY INSURANCE COMPANY | | |
| | LIMIT(S) | | COVERAGE DETAILS |
| | Combined Single Limit (Each Accident) $1,000,000 | | Scheduled Autos |

C-4

# *DAT CarrierWatch*

07/18/18 08:51:32 AM (PDT)

| Self Profile | SOURCE: M R E-MONEYRUNNING ENTERPRIZE LLC |
|---|---|

## COMPANY BACKGROUND

| PRIMARY CONTACT | PRIMARY TITLE | CORPORATION TYPE |
|---|---|---|
| Donita Shields | DISPATCH | Corporation |

| PHONE | EMAIL ADDRESS | ADDRESS |
|---|---|---|
| 816-824-7955 | mre-enterprize@gmx.com | 9000 CROWNE SPRINGS CIRCLE UNIT 100 LOUISVILLE, KY 40241 |

| YEAR FOUNDED | SCAC CODES | VETERAN OWNED | WOMAN OWNED |
|---|---|---|---|
| 2018 | | No | Yes |

| MINORITY OWNED | MINORITY TYPE | CERTIFIED BY NMSDC |
|---|---|---|
| No | | No |

## EQUIPMENT

| POWER UNITS | OWNER OPERATORS | EQUIPMENT TYPES & QTY |
|---|---|---|
| 4 | 0 | 1 Van 53ft |
| COMPANY DRIVERS | NUMBER OF TEAMS | 2 Flatbed 48ft |
| 4 | 2 | 2 Auto Carrier |
| ON BOARD COMMUNICATIONS | Cell | 1 Deck (Stretch Trailer) |

EQUIPMENT ATTRIBUTES

| AirRide | ~~Conestoga~~ | ~~Curtains~~ | HotShot | *Insulated* | Vented |
|---|---|---|---|---|---|
| ~~Chains~~ | ~~Coil Racks~~ | ~~Container Locks~~ | ETRAC | ~~Garment Racks~~ | ~~Pad Wraps~~ |

2 Van

## CERTIFICATES

| ~~Hazmat Certified~~ | ~~Radioactive Frieght~~ | ~~Responsible Care Carrier~~ | ~~Ace Certified~~ |
|---|---|---|---|
| ~~C-TPAT Member~~ | ~~TWIC Cardholder~~ | ~~TSA Registered~~ | |
| ~~SmartWay Carrier~~ | ~~CARB Compliant Trucks~~ | ~~100% CARB Compliant TRUs~~ | |

## SERVICES

| ~~EDI~~ | ~~Spotted Trailers~~ | ~~Trailer Interchange~~ | ~~ExtraWide/Heavy/Long Loads~~ |
|---|---|---|---|
| ~~Pallet Exchange~~ | ~~Brokerage~~ | ~~Parcel~~ | ~~UPS Carrier~~ |
| LTL Capabilites | ~~Expedited Ground~~ | Multi-Stops | ~~Service to Mexico~~ |
| ~~Rail Drayage~~ | ~~Port Drayage~~ | ~~Air Freight Cartage~~ | |
| Ports Serviced | | Airports Serviced | |

OTHER SPECIAL SERVICES

OTHER SPECIAL SERVICES

## PREFERRED LANES

OH to TX

## OPERATING STATES

| ZONE 0 | ZONE 1 | ZONE 2 | ZONE 3 | ZONE 4 | ZONE 5 | ZONE 6 | ZONE 7 | ZONE 8 | ZONE 9 |
|---|---|---|---|---|---|---|---|---|---|
| ME | NY | MD | TN | MI | MT | NE | OK | ID | AK |
| NH | PA | VA | MS | IN | ND | KS | AR | WY | WA |
| VT | DE | WV | AL | OH | SD | MO | TX | NV | OR |
| MA | | NC | GA | KY | MN | IL | LA | UT | CA |
| CT | | SC | FL | | WI | | | CO | HI |
| RI | | | | | IA | | | AZ | |
| NJ | | | | | | | | NM | |

C-5

# DAT CarrierWatch

07/18/18 08:51:32 AM (PDT)

## CANADIAN PROVINCES

| | | | |
|---|---|---|---|
| Alberta | New Brunswick | Nova Scotia | Quebec |
| British Columbia | New Foundland & Labrador | Prince Edward | Saskatchewan |
| Manitoba | Northwest Territories | Ontario | Yukon |

C- 6

PROGRESSIVE CLAIMS
4650 38TH AVE S
SUITE 160
FARGO, ND 58104



500364 4796 1 AB 0 408  CLTRSO1W 022 004796

**Underwritten By:**
**Progressive Preferred Insurance**
**Company**

Claim Number:  18-5642178
Loss Date:      July 17, 2018
Document Date: August 13, 2018
Page 1 of 1

PLS LOGISTICS
3120 UNIONVILLE
CRANBERRY, PA 16066

**claims.progressive.com**
Track the status and details of your claim,
e-mail your representative or report a
new claim.

# Important information about your claim

I've finished reviewing your claim. Unfortunately, after investigating all the available information, I was unable to find valid coverage for this incident and we won't be able to pay your claim. If you have your own insurance carrier, you may want to check with them to see if you have coverage under that policy.

If you have any questions or additional information that might help me find coverage for this incident, please call me at the number below.

Thank you,

AMBER ZULIM
Claims Department
1-701-566-6290
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-701-277-1078

cc:  CNA
Form 2522 XX (11/13) TTI



PLAINTIFF'S
EXHIBIT
D

D-1

## VERIFICATION

I, Chris Ristau of Pittsburgh Logistics Systems, Inc., verify that the statements made in this Complaint are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

10/15/18
Date

Plaintiff

IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

| | |
|---|---|
| **PITTSBURGH LOGISTICS SYSTEMS, INC,** | **CIVIL DIVISION** |
| **Plaintiff,** | **CASE NO.:** |
| **vs.** | |
| **M R E – MONEY RUNNING ENTERPRIZE, LLC (D/B/A MRE TRUCKING); PROGRESSIVE CASUALTY INSURANCE COMPANY; and COVERWALLET, INC.,** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this __16 ᵀᴴ__ day of October, 2018, a true and correct copy of the foregoing Complaint in Civil Action was served by first class, United States regular mail addressed to:

> M R E – Money Running Enterprize, LLC d/b/a MRE Trucking
> 9000 Crowne Springs Circle
> Louisville, KY 40241

> Progressive Casualty Insurance
> 6300 Wilson Mills Road
> Mayfield Village, Ohio 44143

> CoverWallet, Inc.
> 100 Ave. of the Americas, Floor 16,
> New York, NY, 10013.

Jeffrey P. Myers, Esquire
Benjamin J. Steinberg, Esquire
*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by:      Myers Law Group, LLC
                   *Attorneys for Plaintiff*

Signature:

Name:              Benjamin J. Steinberg, Esq.

Attorney No.:      308777

BEAVER COUNTY, PA
PROTHONOTARY
NANCY WERME

2018 OCT 16 PM 1:29

FILED OR ISSUED

## RECEIPT FOR PAYMENT
====================

Beaver County Prothonotary
NANCY WERME
Beaver, PA  15009

Receipt Date 10/16/2018
Receipt Time  13:24:34
Receipt No.     469796

PITTSBURGH LOGISTICS (vs) MRE MONEY RUNNUNG ENTERPRIZE

- - -                                                                    - - -

Case Number   2018-11358

Received of:   MYERS LAW GROUP
               MC

----------------------- Transaction Distribution -----------------------

| Cost/Fee Description | Payment Amount | Payee Name |
|---|---|---|
| TAX ON CMPLT | .50 | BUREAU OF RECEIPTS & CNTR.M.D. |
| JCP SURCHARGE | 40.25 | BUREAU OF RECEIPTS & CNTR.M.D. |
| ACT 164 | 5.00 | ACT 164 |
| COMPLAINT FILED | 109.00 | TREASURER OF BEAVER COUNTY |
| | ---------------- | |
| | $154.75 | |

Check# 1179                    $154.75
                          ----------------
Total Received........        $154.75


Case Balance Due:              $.00

FILED OR ISSUE
2018 OCT 16  PM 1: 27
NANCY WERME
PROTHONOTARY
BEAVER COUNTY,PA